FILED: February 23, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-14
(3:92-cr-00068-DJN-3)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion to hold case in abeyance, the court grants the motion and places this case in abeyance pending a decision by this court in *United States v. Thomas*, No. 20-6234.

For the Court

/s/ Patricia S. Connor, Clerk