AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:92CR68 |
| James H. Roane, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James H. Roane, Jr.

Date:     02/18/2022

*Attorney's signature*

Bernadette Mary Donovan, Va. Bar No. 82054
*Printed name and bar number*

Donovan & Engle, PLLC
1134 East High St. Unit A
Charlottesville, VA 22902

*Address*

bernadette@donovanengle.com
*E-mail address*

(703) 895-3846
*Telephone number*

(434) 465-6866
*FAX number*