IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

      v.                                      Criminal No. 3:92cr068-3 (DJN)

JAMES H. ROANE, JR.,
      Defendant.

## ORDER
### (Granting Motion to Amend)

This matter comes before the Court on Defendant James H. Roane's Unopposed Motion for Leave to Supplement or Amend Motion to Vacate (ECF No. 153), moving the Court to amend the § 2255 Motion to Vacate (ECF No. 152) that he filed following the Fourth Circuit's authorization to file a successive § 2255 motion. Because the Court finds good cause, and the parties are in agreement, Defendant's Motion (ECF No. 153) is hereby GRANTED. The Clerk is hereby DIRECTED to docket Defendant's Amended § 2255 Motion to Vacate (ECF No. 153-1) as a separate entry on the docket, at which point it will become Defendant's operative § 2255 Motion. Defendant's previous § 2255 Motion to Vacate (ECF No. 152) is hereby DENIED AS MOOT. The deadlines established by the Court's briefing schedule (ECF No. 148) shall begin to run with the filing of the Amended § 2255 Motion to Vacate as a separate entry on the docket.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                       _____/s/_____
                                       David J. Novak
                                       United States District Judge

Richmond, Virginia
Dated: February 22, 2022