IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 3:92CR68 - 3_____, Case Name United States v James H. Roane, Jr_____
Party Represented by Applicant: James H. Roane, Jr_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Joanne Marie Heisey_____
Bar Identification Number 24087704_____ State TX_____
Firm Name Federal Community Defender for the Eastern District of Pennsylvania_____
Firm Phone # 215-928-0520_____ Direct Dial # 717-201-1736_____ FAX # 215-928-0826_____
E-Mail Address Joanne_Heisey@fd.org_____
Office **Mailing** Address 601 Walnut Street, Suite 545 West, Philadelphia, PA 19106_____

Name(s) of federal district court(s) in which I have been admitted N/A_____

I certify that the ru¹ of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

Joanne Heisey                    Digitally signed by Joanne Heisey
                                 Date: 2022.02.17 11:01:48 -05'00'
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          2/18/2022
(Signature)                               (Date)
BERNADETTE M. DONOVAN                      82054
(Typed or Printed Name)                   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☑ or Exemption Granted ☐

The motion for admission is GRANTED ☑ or DENIED ☐

_____/s/_____
David J. Novak
(Judge's Signature) United States District Judge

February 22, 2022
(Date)