IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA

   v.

Criminal No. 3:92cr68 (DJN)

JAMES H. ROANE JR.,
   Defendant.

**ORDER**

This matter comes before the Court on the Government's Unopposed Motion to Extend Response Date (ECF No. 163), moving for a two-day extension to respond to Defendant James H. Roane Jr.'s Amended Motion to Vacate Conviction (ECF No. 161). Because the parties are in agreement, and the Court finds good cause, the Government's Motion (ECF No. 163) is hereby GRANTED. The Government shall have until April 27, 2022, by which to file its response to Defendant's Amendment Motion to Vacate.

The Clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

            _____/s/_____
            David J. Novak
            United States District Judge

Richmond, Virginia
Dated: _____