IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:92-cr-68 (DJN) |
| | ) | |
| JAMES H. ROANE JR., | ) | |
| | ) | |
| Defendant. | ) | |

**Government's Second Motion to Extend Response Date**

On February 22, 2022, the defendant, James H. Roane Jr., filed an amended motion to vacate under 28 U.S.C. § 2255. (ECF No. 161.) Per the Court's order, the government's response was due on Saturday April 23, 2022. (ECF No. 160.) This Court then granted the government's motion for a two-day extension. (ECF No. 170.)

The government is working diligently to prepare its response in opposition and believed that it would be completed on Wednesday April 27, 2022. But in finalizing its filing, the government realized that it needed to verify a few factual matters in the extensive record in this case and did not have immediate access to those files. As a result, the government now requests an additional one-day extension for filing its response so that the appropriate materials in the record may be located and verified. The government regrets the inconvenience to the Court of the successive extension motion.

.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:   _____/s/_____
Richard D. Cooke
Joseph Attias
Assistant United States Attorneys
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
(804) 819-5400
Richard.Cooke@usdoj.gov
Joseph.Attias2@usdoj.gov

2

**Certificate of Service**

I hereby certify that on April 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By:    _____/s/_____

Joseph Attias
Assistant United States Attorney

3