IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA

v.                                                        Criminal No. 3:92cr68 (DJN)

JAMES H. ROANE JR.,
          Defendant.

**ORDER**

This matter comes before the Court on the Government's Second Motion to Extend Response Date, moving for a one-day extension to respond to Defendant James H. Roane Jr.'s Amended Motion to Vacate Conviction (ECF No. 161). Because the Court finds good cause, the Government's Motion is hereby GRANTED. The Government shall have until April 28, 2022, by which to file its response to Defendant's Amendment Motion to Vacate.

The Clerk is directed to file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: _____