IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 3:92cr68 (DJN)

JAMES H. ROANE,
        Defendant.

## ORDER
### (Granting Motions for Extension)

This matter comes before the Court on the Government's Second Motion to Extend

Response Date (ECF No. 171), moving for an extension of time by which to file its opposition to

Defendant's Motions to Vacate (ECF No. 161). Because the Court finds good cause, the

Government's Motion (ECF No. 171) is hereby GRANTED. The Government shall have until

Thursday, April 28, 2022, to file its opposition to Defendant's Motion to Vacate.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: April 28, 2022