IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

  v.

                   Criminal No. 3:92cr68 (DJN)
                   Civil No. 3:22cv98 (DJN)

JAMES H. ROANE, JR.,
  Defendant.

## ORDER
### (Denying § 2255 Motion)

This matter comes before the Court on Defendant James H. Roane's Amended Motion to Vacate Conviction and Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 161). Defendant moves for the vacatur of his convictions under 18 U.S.C. § 924(c) in light of the Supreme Court's decisions in *United States v. Davis*, 139 S. Ct. 2319 (2019) and *Borden v. United States*, 141 S. Ct. 1817 (2021). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby DENIES Defendant's Motion (ECF No. 161). A certificate of appealability is hereby DENIED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

               _____/s/_____
               David J. Novak
               United States District Judge

Richmond, Virginia
Dated: November 3, 2022