FILED: November 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-14 (L)
(3:92-cr-00068-DJN-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

        Defendant - Appellant

_____

No. 20-16
(3:92-cr-00068-DJN-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RICHARD TIPTON, a/k/a Whittey

        Defendant - Appellant

————————————

M A N D A T E

————————————

The judgment of this court, entered October 18, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*