## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 01/04/23 | **District:** Eastern District of VA | **District Case No.:** 3:92cr68-DJN-03 |
|---|---|---|
| ___ First NOA in Case | **Division:** Richmond | **4CCA No(s). for any prior NOA:** 16-6; 20-7; 20-14; |
| ✓ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | **Caption:** | **4CCA Case Manager:** |
| ___ Subsequent NOA-cross appeal | USA v. Tipton, et al | |
| ___ Paper ROA ___ Paper Supp. | | E. Borneisen |
| Vols: _____ | | |
| Other: . | | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
✓ In custody
___ On bond
___ On probation

**Defendant Address**-Criminal Case:
James H. Roane, #32923-083
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

**District Judge:**
David J. Novak

**Court Reporter** (list all):

**Coordinator**: Laura Griffin

**Fee Status:**
___ No fee required (USA appeal)    ___ Appeal fees paid in full    ✓ Fee not paid

**Criminal Cases:**
✓ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Sealed Status** (check all that apply):
✓ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request | ✓ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ___ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: /s/ S. Mejia _____    Phone: 804-916-2220 _____    Date: 01/04/22 _____

10/2022