Case 3:92-cr-00068-DJN    Document 202    Filed 04/20/23    Page 1 of 1 PageID# 5167

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 18, 2023

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re:  James H. Roane, Jr., and Richard Tipton
>      v. United States
>      No. 22-7309
>      (Your No. 20-14, 20-16)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 14, 2023 and placed on the docket April 18, 2023 as No. 22-7309.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst