IN THE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

3:92cr68

IN RE: Richard Tipton

V.

UNITED STATES OF AMERICA

SENTENCE REDUCTION UNDER 18 U.S.C. 3582 (C) (1)

WAKEEL ABDUL-SABUR #1003659
AKA: WILLIE LEE SEWARD
3521 WOODS WAY
STATE FARM, VA. 23160

(1)

COMES NOW The PETITIONER, WAKEEL ABDUL-SABUR, AKA: WILLIE LEE SEWARD, PRO SE'
HEREBY MOVES This Honorable COURT FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. 3582(C)(1)

IN SUPPORT OF This MOTION, The PETITIONER STATES The Following:

(1) The NEWTOWNE GANG CONSISTED OF  (i) COREY Johnson, (ii) JAMES ROANE, And
Richard TIPTON.   ALL SENTENCED To BE EXECUTED.

(2) The PETITIONER, WILLIE LEE SEWARD WAS A GOVERNMENT WITNESS IN This TRIAL AGAINST
Richard TIPTON,

(3) ON OR ABOUT YEAR 2020, COREY Johnson WAS EXECUTED ,

## CHANGE IN EXECUTIVE DECISION

(4)  DUE TO RECENT Change IN EXECUTIVE DECISIONS DEFENDANT(S) JAMES ROANE,
And Richard TIPTON's DEATH SENTENCES WERE COMMUTED To LIFE WITHOUT PAROLE,
ON OR ABOUT JANUARY 10, 2025.



## ARGUMENT

5) DUE TO EXTRAORDINARY CIRCUMSTANCES AND COMPELLING REASONS THE PETITIONER PRAYS FOR SENTENCE REDUCTION COMPATABLE TO HIS EXTENSIVE COOPERATION WITH MULTIPLE INVESTIGATIVE AGENCIES AND THE FEDERAL GOVERNMENT.

6) ALL GOVERNMENT WITNESSES IN THIS MURDER TRIAL WERE PLACED IN WITNESS PROTECTION EXCEPT FOR PETITIONER. THE GOVERNMENT NEVER MOVED TO REDUCE THE PETITIONERS SENTENCE.

## CONCLUSION

7) DUE TO THE MOST RECENT STATUS change OF TIPTON, AND ROANE THE PETITIONER MUST BE CONSIDERED FOR POST RELEASE PROTECTION AND SENTENCE REDUCTION UNDER 18 U.S.C. 3582(C)(1)

UNDER PENALTY OF PERJURY ALL INFORMATION PROVIDED IS TRUE AND CORRECT.

/S/ W.A.                                    6/24/25

WAKEEL ABDUL-SABUR # 1003659
AKA: WILLIE LEE SEWARD
3521 WOODS WAY,
STATE FARM, VA. 23160

(3)



RECEIVED
JUN 30 2025
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

6/24/'25

Willie Lee Seward, #1003659
aka Wakeel Abdul-Sabur
DOC Inmate Mailing Address
VA DOC Centralized Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

DEAR CLERK

PLEASE FILE ENCLOSED MOTION UNDER 18 U.S.C. 3582(C)(1)
I WAS A GOVERNMENT WITNESS IN THE MURDER TRIAL OF RICHARD TIPTON,
DUE TO THE RECENT EXECUTIVE DECISION WHICH CHANGED TWO OF THE GANG MEMBERS
STATUS FROM DEATH ROW TO LIFE WITHOUT PAROLE, I FEAR FOR MY LIFE,
I WISH TO ARRANGE A HEARING WITH COURT APPOINTED COUNSEL.

Wakeel A~
6/24/25

WAKEEL ABDUL-SABUR #1003659
AKA: WILLIE LEE SEWARD
RIVER NORTH CORR. CTR.
CENTRALIZED MAIL
3521 WOODS WAY
STATE FARM, VA. 23160

VADOC NEITHER CENSORED NOR INSPECTED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENTS

GREENSBORO NC  270
PIEDMONT TRIAD AREA
28 JUN 2025  PM 1  L

U.S. MARSHAL'S INSPECTED

**RECEIVED**

**JUN 27 2025**

RNCC Mailroom
Outgoing Legal Mail

CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 300
RICHMOND, VA. 23219

23219-183399