IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No. 3:92cr68 (DJN)

RICHARD TIPTON, *et al.*,
        Defendants.

**<u>ORDER</u>**
**(Denying Motion for Compassionate Release)**

This matter comes before the Court on Movant Wakeel Abdul-Sabur's ("Movant") (a/k/a Willie Lee Seward) Motion for Compassionate Release (ECF No. 231 ("Motion")), which petitions the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1).  Movant contends that the commutations of Defendants James Henry Roane, Jr. and Richard Redfield Tipton's (collectively, "Defendants") death sentences to life imprisonment without the possibility of parole constitute "extraordinary circumstances and compelling reasons" to reduce Movant's sentence and provide "post release protection." (*Id.* at 2, 4.)  The Court disagrees, finding that Defendants' commutations do not constitute "extraordinary and compelling reasons [to] warrant a reduction" in Movant's sentence.  18 U.S.C. § 3582(c)(1).  Furthermore, as Movant notes, he served as a government witness, but was not a defendant, in this matter. (Motion at 2.)  Thus, the Court finds that it has no authority to provide Movant with the

requested relief. For these reasons, the Court hereby DENIES the Motion (ECF No. 231).

Let the Clerk file a copy of this Order electronically, provide a copy to all counsel of record and mail a copy to Movant at his last known address.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated: July 8, 2025

2